UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KARIM ANNABI,

                                           Plaintiff,                **24-CV-7367 (JPC) (VF)**

                          -against-                             **ORDER**

ALEXANDRIA OCASIO-CORTEZ,

                                         Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Plaintiff filed an affidavit of service on October 23, 2024, indicating that Plaintiff had served the complaint on Defendant at her place of business with an individual authorized to accept service and of suitable age and discretion. See ECF No. 9. Plaintiff's affidavit, however, does not reflect that service was perfected.

Defendant was sued in her official capacity as United States Representative for the 14th Congressional District of New York. See, e.g., ECF No. 1 at ¶¶ 21, 26-36, 50. As such, Plaintiff is required to serve Defendant in accordance with the rules for serving officers or employees of the United States. See Fehrenbach v. Zeldin, No. 17 Civ. 5282 (JFB) (ARL), 2019 WL 1322619, at *3 (E.D.N.Y. Feb. 6, 2019) (explaining that service on congressional defendants needed to comport with Federal Rule of Civil Procedure 4(i)). Under the Federal Rules of Civil Procedure, service on a federal official sued in her official capacity requires the Plaintiff to: (1) serve the United States; and (2) send a copy of the summons and of the complaint by registered or certified mail to the official. See Fed. R. Civ. P. 4(i)(2).

Here, Defendant represents that Plaintiff provided a copy of the summons and complaint to Defendant on October 15, 2024. See ECF No. 11 at 2. But there is no evidence that Plaintiff has served the United States, as the Federal Rules of Civil Procedure require.

To serve the United States, Plaintiff must: (1) deliver a copy of the summons and the complaint by registered or certified mail to the United States Attorney for the Southern District of New York, or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk, or send a copy of the summons and the Complaint by registered or certified mail to the civil-process clerk at the United States attorney's office; and (2) send a copy of the summons and Complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. Id. at 4(i)(1).

Plaintiff is directed to effectuate service as outlined herein and pursuant to Federal Rule of Civil Procedure 4(i) by **January 15, 2025**.

**SO ORDERED.**

DATED:   December 13, 2024
         New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge