**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KARIM ANNABI,

                              Plaintiff,           **24-CV-7367 (JPC) (VF)**

            -against-                         **ORDER**

ALEXANDRIA OCASIO-CORTEZ,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

        Plaintiff is directed to respond to Defendant's motion to dismiss by **Monday, April 14, 2025**. Plaintiff's request for a conference concerning a potential Rule 12(c) motion is premature because Defendant has not filed an answer. See Beach v. City of N.Y., No. 21-CV-6737 (ALC), 2023 WL 5576398, at *7 (S.D.N.Y. Aug. 28, 2023) ("Under Fed. R. Civ. P. 12(c), a motion for judgment on the pleadings is appropriate when the pleadings are closed, and in this case, Defendants have not filed an answer.").

        **SO ORDERED.**

DATED:     March 26, 2025
             New York, New York

                                      _____

                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge