**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

KARIM ANNABI,

                    Plaintiff,            **24-CV-7367 (JPC) (VF)**

        -against-                  **ORDER**

ALEXANDRIA OCASIO-CORTEZ,

                    Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Defendant filed a motion to dismiss on May 15, 2026. ECF No. 39. Plaintiff is directed to file his opposition to the motion to dismiss by **July 2, 2026**. Defendant's reply, if any, is due **July 16, 2026**.

Defendant also filed a motion to stay discovery on May 15, 2026. ECF No. 45. If Plaintiff wants to oppose the motion to stay discovery, he may do so by filing a letter by **July 2, 2026**.

If Plaintiff needs additional time to respond to either motion, he may file a letter requesting an extension.

      **SO ORDERED.**

DATED:     June 17, 2026
            New York, New York

_____

VALERIE FIGUEREDO
United States Magistrate Judge